**Timothy W. MOSER, Plaintiff–Appellee,**

v.

**ENCORE CAPITAL GROUP, INCORPORATED, a Delaware corporation Carl C. Gregory, III, an individual; Barry Barkley, an individual; Brandon Black, an individual, Defendants–Appellants,**

**and**

**Jefferies & Company, Inc., a Delaware corporation; Breen Murray & Company, Incorporated, a Delaware corporation; Roth Capital Partners, a Cali-**

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

fornia Limited Liability Company Robert M. Whyte, an individual; Alexander Lemond, an individual; Eric D. Kogan, an individual; Brian Schorr, an individual, Defendants.

Timothy W. Moser, Plaintiff–Appellee,

v.

Encore Capital Group, Incorporated, a Delaware corporation Carl C. Gregory, III, an individual; Barry Barkley, an individual; Brandon Black, an individual; Jefferies Company, Inc., a Delaware corporation; Breen Murray Company, Incorporated, a Delaware corporation; Roth Capital Partners, a California Limited Liability Company; Robert M. Whyte, an individual, Defendants,

Brian Schorr, an individual, Defendant,

and

Alexander Lemond, an individual; Eric D. Kogan, an individual, Defendants–Appellants.

Timothy W. Moser, Plaintiff–Appellee,

v.

Encore Capital Group, Incorporated, a Delaware corporation Carl C. Gregory, III, an individual; Barry Barkley, an individual; Brandon Black, an individual; Jefferies Company, Inc., a Delaware corporation; Breen Murray Company, Incorporated, a Delaware corporation; Roth Capital Partners, a California Limited Liability Company; Robert M. Whyte, an individual; Alexander Lemond, an individual; Eric D. Kogan, an individual, Defendants,

and

Brian Schorr, an individual, Defendant–Appellant.

Nos. 06–55790, 07–56399, 07–56404.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted July 17, 2008.

Filed July 28, 2008.

Anthony J. Dain, Kendra J. Hall, Frederic G. Ludwig, III, Procopio Cory Hargreaves & Savitch, San Diego, CA, for Plaintiff–Appellee.

Thomas V. Reichert, Bird Marella, et al., PC, Los Angeles, CA, for Defendants-Appellants.

Jason D. Kogan, Bird Marella, et al., PC, Los Angeles, CA, Earll M. Pott, Coughlan Semmer and Lipman, San Diego, CA, for Defendants.

Before: SILVERMAN, RAWLINSON, and M. SMITH, Circuit Judges.

## MEMORANDUM *

Appellant Encore Capital Group and individual defendants appeal the district court's denial of their special motion to strike pursuant to California's anti-SLAPP law, Cal.Code Civ. Proc. § 425.16. Because the parties are familiar with the facts, we do not set them forth here. We have jurisdiction to hear this case under 28 U.S.C. § 1291. *Batzel v. Smith,* 333 F.3d 1018, 1024–25 (9th Cir.2003).

We affirm. The filing of a registration statement with the Securities and Exchange Commission does not constitute a "writing made before" or "in connection with an issue under consideration or review by" an "official proceeding authorized by law" within the meaning of California Code of Civil Procedure § 425.16(e)(1) and (e)(2).[1]

AFFIRMED.

---

* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

1. We do not consider whether it is a "writing made in connection with an issue under consideration or review" by an "executive ... body," Cal.Code Civ. Proc. § 425.16(e)(2), because that argument was not presented in Appellant's opening brief, nor before the district court. *Indep. Towers of Wash. v. Wash.,* 350 F.3d 925, 929 (9th Cir.2003).